CORUS STAAL BV, Plaintiff, v. UNITED STATES AND UNITED STATES DEPARTMENT OF COMMERCE, AND UNITED STATES STEEL CORPORATION AND ARCELORMITTAL USA INC., Defendant-Intervenors.

Court No. 07–00221

## *JUDGMENT*

BARZILAY, Judge: Upon consideration of Defendant U.S. Department of Commerce's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* filed on February 20, 2009, the court's opinion in this action on December 29, 2008, and all other papers filed and proceedings conducted in this civil action, it is hereby:

**ORDERED** that Commerce's use of zeroing to recalculate Plaintiff Corus Staal's ("Corus") dumping margin during the subject administrative review is AFFIRMED; and it is further

**ORDERED** that Commerce's instructions to U.S. Customs and Border Protection ("Customs") to levy antidumping duties on entries of the subject merchandise made by Corus during the fourth administrative review is AFFIRMED; and it is further

**ORDERED** that Commerce's *Final Results of Redetermination Pursuant to Court Remand* concerning the issue of duty absorption is AFFIRMED.